**Eric B. Swartz, ISB #6936**
**Joy M. Vega, ISB #7887**
**JONES & SWARTZ PLLC**
623 West Hays Street
Boise, ID  83702
Telephone:  (208) 489-8989
Facsimile:  (208) 489-8988
Email:  eric@jonesandswartzlaw.com
          joy@jonesandswartzlaw.com

**Attorneys for Defendant Sutfin Land & Livestock**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SIMPLOT LIVESTOCK CO., and<br>J.R. SIMPLOT COMPANY,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>SUTFIN LAND & LIVESTOCK,<br><br>　　　　　　　　　Defendant. | Case No. _____<br><br>Elmore County Case No. CV-2016-152<br><br>NOTICE OF REMOVAL OF ACTION |

　　　　PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332, 1441(a) and (b), and 1446, Defendant SUTFIN LAND & LIVESTOCK ("Sutfin" or "Defendant") hereby removes this action (pending as Case No. CV-2016-152) from the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Elmore, to the United States District Court for the District of Idaho.  The basis for removal is diversity jurisdiction pursuant to 28 U.S.C. § 1332. As grounds for removal of this action, Sutfin states as follows:

　　　　1.　　On February 12, 2016, Plaintiffs Simplot Livestock Co., and J.R. Simplot Company (collectively "Plaintiffs") filed their SUMMONS and COMPLAINT in the District Court of

NOTICE OF REMOVAL OF ACTION – 1

the Fourth Judicial District of the State of Idaho, in and for the County of Elmore, captioned as *Simplot Livestock Co., and J.R. Simplot Company vs. Sutfin Land & Livestock*, Case No. CV-2016-152. Sutfin was served with process on March 8, 2016, and has not answered or otherwise responded to the COMPLAINT. A true and correct copy of the state court record and the state court docket sheet is attached hereto as Exhibit A, pursuant to 28 U.S.C. § 1446(a) and D. Id. L. Civ. R. 81.1.

2. Pursuant to 28 U.S.C. § 1332, this Court has original jurisdiction over Plaintiffs' claims because the amount in controversy exceeds $75,000.00, exclusive of costs and interest, and Sutfin is diverse in citizenship from Plaintiffs. The facts supporting this statement are set forth in paragraphs 6 through 8 below, and are admitted by Plaintiffs' at paragraphs 1 through 3 of the COMPLAINT, which is included in Exhibit A hereto.

3. This Court is the District Court of the United Stated for the district and division embracing the place where the state court action is pending (*i.e.* Elmore County, Idaho), and is, therefore the appropriate Court for removal pursuant to 28 U.S.C. § 1441(a).

4. This NOTICE OF REMOVAL OF ACTION is timely filed within thirty days of service of the SUMMONS and COMPLAINT on Sutfin, as required by 28 U.S.C. § 1446(b).

5. In accordance with 28 U.S.C. § 1446(d), Sutfin will promptly provide written notice of this Notice to Plaintiffs and will file a copy of this Notice with the Elmore County Clerk of Court.

**DIVERSITY JURISDICTION**

6. Plaintiff Simplot Livestock Co., is a Nevada corporation with its principal place of business in Grandview, Elmore County, Idaho. (Ex. A, Compl. ¶ 1.)

7. Plaintiff J.R. Simplot Company, is a Nevada corporation transacting business in the state of Idaho. (Ex. A, Compl. ¶ 2.)

8. Sutfin is a California corporation with its principal place of business in Tehama County, California. (Ex. A, Compl. ¶ 3.) All of the shareholders of Sutfin reside within the state of California. Thus, Sutfin is not a citizen of the state of Nevada or Idaho and there is complete diversity between the parties.

**ACKNOWLEDGMENT**

9. This Notice is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, based upon the foregoing, this action, pending in the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Elmore, is properly removed to this United States District Court by Defendant pursuant to 28 U.S.C. §§ 1332, 1441(a) and (b), and 1446.

DATED this 4th day of April, 2016.

JONES & SWARTZ PLLC

By _____
ERIC B. SWARTZ
JOY M. VEGA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of April, 2016, a true and correct copy of the foregoing document was served on the following individual(s) by the method indicated:

| | |
|---|---|
| Jed W. Manwaring<br>Christy A. Kaes<br>EVANS KEANE LLP<br>1161 W. River St., Ste 100<br>P.O. Box 959<br>Boise, Idaho 83701-0959 | [ ] U.S. Mail<br>[X] Fax: (208) 345-3514<br>[ ] Overnight Delivery<br>[ ] Messenger Delivery<br>[ ] Email: jedmanwaring@evanskeane.com<br>          ckaes@evanskeane.com |

_____
ERIC B. SWARTZ
JOY M. VEGA

NOTICE OF REMOVAL OF ACTION – 4

EXHIBIT A TO
NOTICE OF REMOVAL OF ACTION

EXHIBIT A TO
NOTICE OF REMOVAL OF ACTION

# Case Number Result Page

**Elmore**

**1 Cases Found.**

| Simplot Livestock Co, etal. vs. Sutfin Land & Livestock |||||||||
|---|---|---|---|---|---|---|---|---|
| Case: | CV-2016-0000152 | District | Filed: | 02/16/2016 | Subtype: Other Claims | Judge: Jonathan Medema | Status: | Pending |
| | Defendants: | **Sutfin Land & Livestock,** ||||||
| | Plaintiffs: | **J.r. Simplot Company,  Simplot Livestock Co,** ||||||

| Register of actions: | Date | |
|---|---|---|
| | 02/12/2016 | New Case Filed - Other Claims |
| | 02/12/2016 | Plaintiff: Simplot Livestock Co, Appearance Jed W Manwaring |
| | 02/12/2016 | Plaintiff: J.r. Simplot Company, Appearance Jed W Manwaring |
| | 02/12/2016 | Filing: AA- All initial civil case filings in District Court of any type not listed in categories E, F and H(1) Paid by: Evans Keane LLP Receipt number: 0001235 Dated: 2/16/2016 Amount: $221.00 (Check) For: J.r. Simplot Company, (plaintiff) |
| | 02/16/2016 | Summons: Document Service Issued: on 2/16/2016 to Sutfin Land && Livestock; Assigned to Private Service-Attorney. Service Fee of $0.00. |
| | 03/16/2016 | Affidavit Of Service |
| | 03/16/2016 | Summons: Document Returned Served on 3/16/2016 to Sutfin Land && Livestock; Assigned to Private Service-Attorney. Service Fee of $0.00. |

*Connection: Public*

# ORIGINAL

Jed W. Manwaring, ISB No. 3040
Christy A. Kaes, ISB No. 4852
EVANS KEANE LLP
1161 West River Street, Ste. 100
P. O. Box 959
Boise, Idaho 83701-0959
Telephone: (208) 384-1800
Facsimile: (208) 345-3514
E-mail: jmanwaring@evanskeane.com
ckaes@evanskeane.com

Attorneys for Plaintiffs

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF

THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ELMORE

| | |
|---|---|
| SIMPLOT LIVESTOCK CO., and J.R. SIMPLOT COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>SUTFIN LAND & LIVESTOCK,<br><br>Defendant. | Case No. CV-2016-152<br><br>SUMMONS |

TO: SUTFIN LAND & LIVESTOCK;

**NOTICE: YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF(S):** THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 20 DAYS. **READ THE INFORMATION BELOW.**

You are hereby notified that in order to defend this lawsuit, an appropriate written response must be filed with the above designated court within 20 days after service of this Summons on you. If you fail to so respond the court may enter judgment against you as demanded by the plaintiff(s) in the Complaint.

A copy of the Complaint is served with this Summons. If you wish to seek the advice or representation by an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

*SUMMONS-1*

**JONATHAN MEDEMA**

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1. The title and number of this case.

2. If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3. Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney.

4. Proof of mailing or delivery of a copy of your response to plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

DATED this 16 day of February, 2016.

CLERK OF THE DISTRICT COURT

BARBARA STEELE
By _____
Deputy Clerk

*SUMMONS-2*

FILED

2016 FEB 12 AM 10 0

CLERK OF THE COURT
DEPUTY
/S/

Jed W. Manwaring, ISB No. 3040
Christy A. Kaes, ISB No. 4852
EVANS KEANE LLP
1161 W. River St., Suite 100
P. O. Box 959
Boise, Idaho 83701-0959
Telephone: (208) 384-1800
Facsimile: (208) 345-3514
E-mail: jmanwaring@evanskeane.com
ckaes@evanskeane.com

**Attorneys for Plaintiffs**

## IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF

## THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ELMORE

| | |
|---|---|
| SIMPLOT LIVESTOCK CO., and J.R. SIMPLOT COMPANY, | Case No. CV-2016-152 |
| Plaintiffs, | |
| vs. | COMPLAINT |
| SUTFIN LAND & LIVESTOCK, | |
| Defendant. | |

Plaintiffs, Simplot Livestock Co. and J.R. Simplot Company, by and through their attorneys of record, Evans Keane LLP, as for Complaint against Defendants, hereby plead and allege as follows:

COMPLAINT-1

## PARTIES AND JURISDICTION

1. Plaintiff, Simplot Livestock Co. ("Feedlot") is a Nevada corporation with its principal place of business in Grandview, Elmore County, Idaho.

2. Plaintiff J.R. Simplot Company ("Simplot") is a Nevada corporation doing business in the state of Idaho.

3. Defendant, Suftin Land & Livestock ("Defendant") is a California corporation with its principal place of business in Corning, California, transacting business with Plaintiffs in Elmore County, state of Idaho.

4. Jurisdiction is proper in the state of Idaho pursuant to Idaho Code § 5-514(a).

## FACTS

5. Pursuant to a Cattle Feeding, Finance, and Security Agreement ("Agreement") dated June 9, 2014, the parties entered into a commercial contract governed by the laws of Idaho whereby Plaintiff Feedlot provided all necessary feeding accommodations and facilities, equipment and labor required for the care and feeding of Defendant's cattle at Feedlot located in Elmore County, Idaho, upon the terms and conditions set forth in the Agreement.

6. Defendant agreed, pursuant to the Agreement terms, to pay Feedlot for all services rendered, expenses incurred, and all feed and supplies furnished by Feedlot. Defendant further acknowledged that Feedlot claimed a statutory lien or liens upon the cattle pursuant to applicable Idaho law and acknowledged receipt of notice thereof.

7. Under the terms of the Agreement, Plaintiffs agreed to advance care and feeding costs to finance certain obligations incurred by Defendant under the Agreement. Plaintiffs were granted a security interest in the cattle under the Agreement.

8. The Agreement was signed by Dan Sutfin on behalf of Defendant Sutfin Land and Livestock on July 9, 2014 warranting that 'it is authorized to enter into this Agreement and the person signing this Agreement is authorized to do so on Owner's behalf."

9. Pursuant to the Agreement, when the cattle were sold, proceeds from the sale would be paid and/or applied in the following order: (i) to payment of any expenses incurred by Feedlot for shipping, sale, or slaughter; (ii) to reimburse Feedlot for any amounts then owing from Defendant to Feedlot pursuant to the Agreement; (iii) to Simplot, in an amount equal to all outstanding advances, interest, and any other amounts owing to Simplot pursuant to the Agreement; and (iv) to Defendant, to the extent any proceeds then remain.

10. Defendant specifically acknowledged and agreed by signing the Agreement that the cattle industry is inherently risky, that the Defendant was aware of the risks and assumed and agreed to bear all such risks.

11. Beginning in approximately June 2014, Defendant shipped cattle from California to Feedlot pursuant to the terms of the Agreement. All cattle have now been sold and the proceeds from the sales have been applied per the Agreement leaving a substantial deficit owed by Defendant.

12. Plaintiffs Feedlot and Simplot have fully performed all terms under the Agreement on their part.

13. Defendant has failed and refused to make payment pursuant to the terms of the Agreement.

14. As of February 2, 2016, Defendant is in default in failing to pay the amounts owing presently of $989,890.96 under the Agreement with the possibility of a higher amount as the last cattle are sold.

15. All the above factual allegations are incorporated by reference into each Count below.

## COUNT ONE

## BREACH OF CONTRACT

16. The Plaintiffs performed all the conditions of the Agreement on their part.

17. Defendant breached the Agreement by failing to make payments as promised in the Agreement.

18. The Plaintiffs were consequently and proximately damaged as a result of Defendant's breach.

19. As a direct and proximate result of the breach of Agreement by Defendant, the Plaintiffs have incurred damages in the present amount of $989,890.96, plus accruing interest pursuant to the terms of the Agreement at the default rate, with the final amount to be proved at trial.

## COUNT TWO

## BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING

20. The Agreement imposed on the Plaintiffs and Defendant a mutual obligation of good faith and fair dealing in the performance and enforcement of the Agreement. "Good faith" means honesty in fact in the conduct or transaction concerned.

21. Defendant breached the duty to exercise good faith in its dealings and transactions with the Plaintiffs. Defendant failed to deal honestly with the Plaintiffs, and Defendant is liable for a breach of the duty of good faith and fair dealing.

22. The Plaintiffs were consequently and proximately injured and damaged as a result thereof.

23. As a direct and proximate result of the breach of Agreement by Defendant, the Plaintiffs have incurred damages in the present amount of $989,890.96, plus accruing interest pursuant to the terms of the Agreement at the default rate, with the final amount to be proved at trial.

## ATTORNEY FEES

24. The Plaintiffs have necessarily retained the law firm of Evans Keane LLP to prosecute this Complaint and are entitled to reasonable attorney fees incurred in the prosecution of this action pursuant to the Agreement, Idaho Code §§ 12-120 and 12-121.

## PRAYER

WHEREFORE, the Plaintiffs pray for judgment against Defendant as follows:

1. For the balance due and owing pursuant to the Agreement in the amount of $989,890.96, plus accruing default interest in an amount to be proven at trial;

2. For attorney fees incurred in prosecuting this action, pursuant to the Agreement, Idaho Code §§ 12-120 and 12-121;

3. For costs and disbursements necessarily incurred in prosecuting this action pursuant to Rule 54, Idaho Rules of Civil Procedure;

4. For such other and further relief as the Court may deem just and proper.

DATED this 9th day of February, 2016.

EVANS KEANE LLP

By _____
Jed W. Manwaring, Of the Firm
Attorneys for Plaintiffs

## AFFIDAVIT OF SERVICE

**State of Idaho**                  **County of Elmore**

Case Number: CV-2016-152

Plaintiff:
**SIMPLOT LIVESTOCK CO., and J.R. SIMPLOT COMPANY**

vs.

Defendant:
**SUTFIN LAND & LIVESTOCK**

FILED
Fourth Judicial District Court
MAR 1 6 2016
11:01 A.M.
CLERK OF THE COURT
DEPUTY

For:
Jed W. Manwaring/ Christy A. Kaes
EVANS KEANE LLP
1161 West River Street, Ste. 100
PO Box 959
Boise, ID 82701-0959

Received by JAMES G. LEWIS on the 8th day of March, 2016 at 1:51 pm to be served on **SUTFIN LAND & LIVESTOCK, 22447 Adobe Road, Red Bluff, Tehama County, CA 96080**.

I, JAMES G. LEWIS, being duly sworn, depose and say that on the **8th day of March, 2016** at **4:56 pm**, I:

served a **REGISTERED AGENT** by delivering a true copy of the **Summons and Complaint** with the date of service endorsed thereon by me, to: **ARTHUR E. SUTFIN** as **Registered Agent** at the address of: **22447 Adobe Road, Red Bluff, Tehama County, CA 96080** on behalf of **SUTFIN LAND & LIVESTOCK**, and informed said person of the contents therein, in compliance with state statutes. Actual service location: (40.2178,-122.2001) accuracy 10 m.

**Description** of Person Served: Age: 65, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 225, Hair: Black, Glasses: Y

I was on the dates, herein mentioned, over the age of eighteen years of age and not a party to the above-mentioned action. I am a registered process server, in Tehama County, and authorized to serve legal process in the State of California. I declare under penalty of perjury under the laws of the State of California that the contents herein contained are true and correct.

Subscribed and Sworn to before me on the 10th day of March, 2016 by the affiant who is personally known to me.

_Joy A. Graham_
NOTARY PUBLIC


JOY S. GRAHAM
COMM. #2075876
Notary Public - California
Tehama County
My Comm. Expires July 26, 2018

JAMES G. LEWIS
2-2013

J Greg Lewis Investigative Services, CA24358
1395 Montgomery Road
Red Bluff, CA 96080
(530) 727-9266

Our Job Serial Number: JGL-2016000254
Ref: 16-0186PS Simplot v Sutfin
Service Fee: $60.00

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1b